

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BIBIANA FLORES, | § | No. 08-20-00050-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015DCV0261) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.